**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

SAMUEL DOUGLASS,

    Plaintiff,

vs.

TRUEBRIDGE RESOURCES, INC., a Georgia corporation, and
THE NORTH HIGHLAND COMPANY, INC., a Georgia corporation.

    Defendants.
_____

**COMPLAINT**
_____

Plaintiff complains as follows:

**JURISDICTION, PARTIES AND VENUE**

1. Plaintiff Samuel Douglass is a resident of Jefferson County, Colorado.

2. Defendants TrueBridge Resources, Inc. ("TrueBridge") and The North Highland Company, Inc. ("North Highland") are or were Georgia corporations at all relevant times.

3. This Court has jurisdiction over this action under the Fair Labor Standards Act (FLSA), 29 U.S.C. §216(b); and under 28 U.S.C. §1331.

4. Venue is proper under 28 U.S.C. §1391 because Plaintiff was employed by Defendants in Colorado, and a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in Colorado.

## GENERAL ALLEGATIONS

5. Plaintiff was employed by TrueBridge from June 2010 until December 31, 2015.

6. North Highland is jointly and severally liable with TrueBridge on Plaintiff's claims either as a successor in interest, as a joint employer, under the single employer doctrine, or because TrueBridge is the alter ego of North Highland.

7. Plaintiff was an hourly employee of TrueBridge.

8. When Plaintiff worked less than 40 hours per week, he was paid only for the hours he worked.

9. Plaintiff's hourly rate when he was hired was $85 per hour, which increased to $93 per hour when he separated from employment.

10. Plaintiff frequently worked hours in excess of 40 per week.

11. When Plaintiff worked more than 40 hours per week, he was paid at his regular hourly rate, but was not paid time-and-a-half.

12. Because Plaintiff was an hourly employee, he was not exempt from the provisions of the FLSA, 29 U.S.C. §201 *et. seq.*, which required that Defendants pay him overtime pay.

## CLAIM FOR RELIEF
(Overtime pay under the Fair Labor Standards Act)

13. The foregoing allegations are realleged and incorporated by reference.

14. Defendants were at all relevant times employers within the meaning of the FLSA.

15. Defendants violated the FLSA by not paying plaintiff on a time-and-a-half basis,

as required by the FLSA and regulations promulgated thereunder by the U. S. Secretary of Labor, for time he spent working in excess of forty hours per week.

16. Defendants' failure to pay plaintiff overtime pay as required by the FLSA was willful.

17. Plaintiff is entitled, by virtue of Defendants' violations of the FLSA, to recover an additional half-time overtime pay for hours he worked in excess of forty per week.

18. Plaintiff is also entitled to recover from Defendants an additional equal amount as liquidated damages, reasonable attorney fees, costs, and interest, all as contemplated by 29 U.S.C. §216(b) of the FLSA.

## **DEMAND FOR JUDGMENT**

Plaintiff therefore demands judgment in his favor and against Defendants TrueBridge Resources, Inc. and The North Highland Company, Inc.

A. For actual damages for overtime compensation under the FLSA.

B. For liquidated damages under the FLSA in an amount equal to actual damages;

C. For attorney fees under the FLSA; and

D. Such other relief as the Court deems proper.

Dated: March 3, 2017

s/ David Lichtenstein
David Lichtenstein
Matt Molinaro
Law Office of David Lichtenstein, LLC
1556 Williams St., Suite 100
Denver, CO 80218
Telephone: (303) 831-4750
Facsimile: (303) 863-0835
dave@lichtensteinlaw.com
matt@lichtensteinlaw.com
Attorneys for Plaintiff

Address of Plaintiff:
128 S. Holman Way
Golden, Colorado 80401